BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-MJ-00231-AC |
|---|---|
| Plaintiff, | STIPULATION RE: VACATING BAIL REVIEW HEARING |
| v. | DATE: October 22, 2014 |
| KENDALL THRIFT, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Kendall J. Newman |

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. The parties previously appeared in this matter on October 7, 2014. At the hearing, the Court set the matter for a Bail Review Hearing on October 22, 2014, and a Preliminary Hearing on October 30, 2014.

///
///
///
///
///
///

STIPULATION RE: BAIL REVIEW HEARING       1

2. By this stipulation, the parties agree that the Court should vacate the Bail Review Hearing set for October 22, 2014.  The parties are next scheduled to appear on October 30, 2014, for the Preliminary Hearing.

IT IS SO STIPULATED.

Dated:  October 22, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            /s/ JUSTIN L. LEE
                                            JUSTIN L. LEE
                                            Assistant United States Attorney

Dated:  October 22, 2014                    /s/ JOHN VIRGA
                                            JOHN VIRGA
                                            Counsel for Defendant
                                            KENDALL THRIFT

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of October, 2014.

Dated:  October 22, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION RE: BAIL REVIEW HEARING                    2